**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>                      Plaintiff,<br>  v.<br><br>YOUTUBE, LLC et als.,<br><br>                      Defendants. | CASE NO. 15CV2245-GPC(JLB)<br><br>**ORDER FOLLOWING ORDER TO SHOW CAUSE AND DISMISSING CASE FOR IMPROPER VENUE** |

On November 10, 2015, the Court issued an order to show cause why the case should not be dismissed for improper venue. (Dkt. No. 3.) On October 8, 2015, Plaintiff Ronald Satish Emrit ("Plaintiff"), proceeding *pro se*, filed a complaint along with a motion for leave to proceed in forma pauperis against Defendants YouTube, LLC; Google, Inc.; Sony BMG/Sony Music and Entertainment; Warner Music Group, Inc.; Universal Music Group, Inc.; VEVO, LLC; and Blue2Digital ("Defendants). (Dkt. No. 1.) Instead of filing a response to the order to show cause, Plaintiff filed a notice of appeal with the Ninth Circuit arguing that the Court abused its discretion by ruling that the case is frivolous, malicious and not meritorious. (Dkt. No. 4 at 2.)

In the order to show cause, the Court concluded that venue was not proper in this district because no party resides in the Southern District of California and a substantial

part of the events giving rise to the causes of action did not occur in this district.[1] (Dkt. No. 3.) Since Plaintiff has not responded to the order to show cause, and venue does not appear to be proper in this Court, the Court DISMISSES the case for improper venue. See 28 U.S.C. § 1406(a).

IT IS SO ORDERED.

DATED: January 7, 2016

HON. GONZALO P. CURIEL
United States District Judge

---

[1] The complaint alleges that Plaintiff is a resident and citizen of Nevada. (Dkt. No. 1, Compl. ¶ 6.) Defendant YouTube's principal place of business is located in San Bruno, CA; Defendant Google, Inc.'s principal place of business is in Mountain View, California; Defendant VEVO, LLC's principal place of business is located in New York, NY; Sony BMG and/or Sony Music and Entertainment's principal place of business is located in Beverly Hills, CA; Universal Music Group, Inc.'s principal place of business is located in Santa Monica, CA; Defendant Warner Music Group, Inc.'s principal place of business is located in Burbank, CA; and Defendant Blue2Digital has its principal place of business in the United Kingdom. (Id. ¶¶ 7-12.)